IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| OHIO CASUALTY INSURANCE COMPANY,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>JAMES IN WUNG PARK and KATHY IN WUNG PARK,<br><br>　　　　Defendants.<br>　　　　　　　　　　　　　　　　/ | No. C 15-02716 WHA<br><br>**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION AND GRANTING MOTION FOR DEFAULT JUDGMENT** |

　　　The Court is in receipt of the report and recommendation by Magistrate Judge Donna Ryu on plaintiff Ohio Casualty Insurance Company's motion for default judgment against defendants James and Kathy In Wung Park (Dkt. No. 20). No objections to this report and recommendation were filed. Plaintiff has submitted sworn declarations stating that it has served defendants with courtesy copies of the default judgment motion and all briefing related to it. On December 10, 2015, Judge Ryu held a hearing on the default judgment motion and defendants failed to appear. This order thus **ACCEPTS AND ADOPTS** the findings in Judge Ryu's report and recommendation. Judgment in favor of Ohio Casualty Insurance Company, and jointly and severally against James and Kathy In Wung Park, in the amount of $157,169.58 will be entered separately.

　　　**IT IS SO ORDERED.**

Dated: January 7, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　WILLIAM ALSUP
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE