IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OHIO CASUALTY INSURANCE COMPANY,

    Plaintiff,

 v.

JAMES IN WUNG PARK and KATHY IN WUNG PARK,

    Defendants.

No. C 15-02716 WHA

**AMENDED JUDGMENT**

For the reasons stated in the accompanying order granting the motion for default judgment, **FINAL JUDGMENT IS HEREBY ENTERED** in favor of The Ohio Casualty Insurance Company and jointly and severally against James In Wung Park and Kathy Park in the amount of $157,169.58. The Clerk **SHALL PLEASE CLOSE THE FILE**.

**IT IS SO ORDERED.**

Dated: January 8, 2016.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE